UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Ricardo Ortiz-Mendoza<br><br>Defendant(s) | CRIMINAL NO. 08mj0030<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06859298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Adela Nova-Quintero #

DATED: 1-17-08

RECEIVED _____
          DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk